ALEXANDER HERNANDEZ
X3767
5/2/16

OK
µe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 02 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1326 Deported Alien Found In The United States |
| | ) | |
| | ) | Title 8, USC 1325 Illegal Entry (misdemeanor) |
| Jose RUIZ-Quezada, | ) | '16MJ1255 |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about May 1, 2016, within the Southern District of California, defendant, Jose RUIZ-Quezada, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

## COUNT TWO

That on or about April 30, 2016, within the Southern District of California, defendant, Jose RUIZ-Quezada, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.



And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Cory Anderson
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 2nd DAY OF May, 2016.

_____
NITA L. STORMES
United States Magistrate Judge

ALEXANDER HERNANDEZ
x8767
5/2/16

**CONTINUATION OF COMPLAINT:**
Jose RUIZ-Quezada

## PROBABLE CAUSE STATEMENT

On May 1, 2016, United States Border Patrol Agent C. Copenhaver was performing his assigned duties in the Brown Field Border Patrol Station's Area of Responsibility. At approximately 12:06 AM, Agent Copenhaver responded to a seismic intrusion device in an area known to Border Patrol agents as "The cuchama truck trail". Agent Copenhaver was advised by Border Patrol Agent I. Frutos, who was operating infrared night vision equipment, of one subject walking north near the area of the device. Agent Copenhaver responded to the area indicated by Agent Frutos and encountered one subject lying down in a bush. This location is approximately five miles west of the Tecate, California Port of Entry and approximately one mile north of the United States Mexico International Boundary. Agent Copenhaver identified himself as a United States Border Patrol Agent and conducted an immigration inspection. The subject, later identified as the defendant Jose RUIZ-Quezada, stated that he is a citizen of Mexico without proper immigration documents allowing him to enter or remain in the United States legally. At approximately 12:39 AM, Agent Copenhaver placed RUIZ under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further stated that he has been previously removed from the United States, and has not applied to the Attorney General for permission to re-enter the United States. The defendant also stated that he illegally entered the United States on April 30, 2016.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 15, 2014 through San Luis, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.